UNITED STATES of America,
Plaintiff–Appellee,

v.

Kellis Dion JACKSON, Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Kellis Dion Jackson, Defendant–Appellant.

Nos. 02–6153, 02–6154.

United States Court of Appeals,
Fourth Circuit.

Submitted May 16, 2002.

Decided May 23, 2002.

Kellis Dion Jackson, Appellant Pro Se. Paul J. McNulty, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Kellis Dion Jackson seeks to appeal from the district court's order construing his motion for a writ of habeas corpus as one filed under 28 U.S.C.A. § 2255 (West Supp. 2001), and denying it. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeals on the reasoning of the district court. *United States v. Jackson,* Nos. CR–87–38–A; CR–87–85–A; CA–01–1563–AM; CA–02–139–AM (E.D.Va. Dec. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*